**UNITED STATES of America, Plaintiff–Appellee,**

v.

**John Patrick LITEKY, Charles Joseph Liteky, Roy Lawrence Bourgeois, Defendants–Appellants.**

**No. 91–8577.**

United States Court of Appeals, Eleventh Circuit.

Sept. 28, 1992.

Peter Thompson, Thompson, Lundquist & Sicoli, Ltd., Minneapolis, Minn., for defendants-appellants.

G.F. Peterman, III, Asst. U.S. Atty., Macon, Ga., for plaintiff-appellee.

Before ANDERSON, Circuit Judge, HILL and ESCHBACH *, *Senior Circuit Judges.*

PER CURIAM.

In 1990, Charles Liteky, Patrick Liteky, and Father Roy Bourgeois spilled blood on federal property as part of a protest against the United States' involvement in El Salvador. The defendants were convicted of violating 18 U.S.C. § 1361, which prohibits "willfully injur[ing] ... any property of the United States...." Before the trial, the defendants requested that the district judge recuse himself, *see* 28 U.S.C. § 144; 28 U.S.C. § 455(a), because he had presided over Father Bourgeois' 1983 conviction, which also related to a protest regarding United States policy toward El Salvador. But matters arising out of the course of judicial proceedings are not a proper basis for recusal. *United States v. Alabama,* 828 F.2d 1532, 1540 (11th Cir. 1987), *cert. denied,* 487 U.S. 1210, 108 S.Ct. 2857, 101 L.Ed.2d 894 (1988); *In re Corrugated Container Antitrust Litigation,* 614 F.2d 958 (5th Cir.), *cert. denied,* 449 U.S. 888, 101 S.Ct. 244, 66 L.Ed.2d 114 (1980); *Davis v. Board of School Comrs.,* 517 F.2d 1044 (5th Cir.1975), *cert. denied,* 425 U.S. 944, 96 S.Ct. 1685, 48 L.Ed.2d 188 (1976). Therefore, the district court properly rejected the motion. The defendants also

designation.

contend that the district court denied them a fair trial. After carefully reviewing the defendants' arguments as well as the record on appeal, we have concluded that those arguments are without merit.

## Conclusion

We AFFIRM the convictions.